16-01-2022

Estimados Señores

Me dirijo a ustedes muy respetuosamente con la intención con la intención de solicitar clemencia por Héctor Pereira Jiménez quien fue mi compañero de vida por mas de 11 años quien compartió con migo muchas necesidades, enfermedades, alegrías y muchas cosas mas que no podría escribir en esta hoja a sido un buen hombre trabajador, un ser humano con espíritu de humildad, servicial, sobre todo muy honesto que ha luchado con forme a sus posibilidades para sacar adelante las tareas que como cabeza del hogar conlleva me ayudo a criar a mis hijos, me dio de comer con sus manos cuando las mías estaban inmóviles por mi poliastrosia que no me permitían sujetar ni el tenedor. El a sido un gran esposo y ruego con mi corazón que lo permita regresar a casa pues su vacío no se a podido dejar de sentir en estos 2 años que no lo he podido tener cerca le pido todos los días a Dios que haga el milagro porque el y yo hemos sido personas de fe una fe inquebrantable que nos a permitido estar juntos a pesar de la distancia.

Yo soy Jeiny Mesen Espinoza una mujer que clama a Dios por el pronto regreso de mi compañero de vida .

Señores le pido de todo corazón que me permita la dicha de poder volvernos a reunir con el, sea Dios el que presida el futuro de sus vidas y de cada decisión en esta audiencia

Atentamente: Jeiny Mesen Espinoza 603070508



TRANSLATION:

January 16, 2022

Your Honor:

I am taking this opportunity to address you with all due respect with the in tension to beg clemency for Hector Pereira Jimenez who was my life partner for more than eleven years. He shared with me many necessities, illnesses, happiness, and many more things that I would not be able to write on this one sheet of paper. He has been a good man, a hard worker, a human being with the spirit of humility, serviceable, but above all, he is very honest, and he has fought very hard within his means to bring forward the commitments that as head of the household he has fulfilled. He has helped me raise my children, he fed me with his hands when my hands were motionless due to my Polyanthropy that did not allow me to hold a fork. He has been a great husband and I beseech you to please from the bottom of my heart to allow him to come back home because his absence has not been filled these past two years that I have not been able to have him close to me. Every day I say my prayers hoping for a miracle because he and I have been people of unbreakable faith and that has allowed us to be together even through the distance.

I am Jeiny Mesen Espinoza, a woman who cries out to the Lord for the speedy return of my life partner.

Your Honor, I beg you from the bottom of my heart to allow me the honor of reuniting with him, and may it be the Lord that presides over the future of our lives and of every decision that has been made since his absence.

Sincerely,

Jeiny Mesen Espinoza 603-070-508

trans:ssc

Reciban un cordial saludo de mi parte

Por este medio yo Anderson Mauricio
Martinez Mesen hago constar que conozco
al Señor Hector Manual Pereira Jimenez
como una persona noble y tranquila de
buenos principios y trabajador, es una
persona que nunca se mete en proble-
mas con nadie siempre a sido un
Señor dedicado a su trabajo

Adjunto aquí mi numero de telefono
por si gustan corroborar la informacion
escrita: +506-8571-1242.

Atentamente: Anderson
6-0455-0567

TRANSLATION:

Please receive a cordial greeting from me and allow me, Andersen Mauricio Martinez Mesen, the opportunity to confirm that I know Mr. Hector Manuel Pereira Jimenez.

During the time I have known him, he has been a noble, and trustworthy person with good principles and a very hard worker. He is a person who never gets involved in problems with anyone. He is a man who is committed to his work.

I am including my telephone number in case you need any corroborated information regarding this matter: 506-857-1242.

Sincerely,

Anderson 6-0455-0567

trans:ssc



11/1/2022

A quien interese:

Reciba un cordial y respetuoso saludo. A través de estas líneas deseo hacer de su conocimiento que él señor Héctor Pereira Jiménez, cedula N° 6-0296-0467 quien ha prestado servicios para mi representada, desde el año 2014, mediante cuido y mantenimiento de en un terreno, durante este tiempo he podido confirmar que es un humilde y honesto, me ha demostrado ser un gran trabajador, comprometido, responsable y fiel cumplidor de sus tareas.

Es por ello que, le sugiero considere esta recomendación, con la confianza de que estará siempre a la altura de sus compromisos y responsabilidades.

Sin más nada a que referirme y, esperando que esta misiva sea tomada en cuenta, dejo mi número de contacto para cualquier información de interés.

Atentamente.

Firmado
digitalmente por
YEISON EDUARDO
CALDERON
(MONTERO (FIRMA
Fecha: 2022.01.11
'20:46:22 -06'00



Ing. Yeison Calderón Montero

Celular: 8727 2320

TRANSLATION:

# YCAM

January 11, 2022

To Whom It May Concern:
Please receive a respectful and cordial greeting. I am communicating with you through these words with my goal being to bring to your attention that Mr. Hector Pereira Jimenez, Personal Identification Number 6-0296-0467, who has been employed with me since the year 2014 in the care and maintenance of a property. During that time, he has demonstrated to be a great employee, committed, responsible, and a loyal person who will always complete his tasks.

Because of the above, I suggest that you please consider this recommendation, trusting that he will always complete his commitments and his responsibilities.

With nothing further for the moment, I hope that this written message will be taken into consideration. I will leave my telephone number as a contact point for any further information you may need.

Sincerely,

Yeison Calderon Montero

trans:ssc

Palmar Norte, Osa,15 de enero del 2022

A QUIEN INTERESE

Reciban un cordial saludo, yo Martha Espinoza Cerdas con cedula de identidad número 601460057, mayor soltera costarricense con residencia en Palmar Norte, del cantón de Osa y distrito Palmar con oficio de ama de casa, doy fe que conozco al señor Héctor Pereira Jiménez vecino de la Palma de Puerto Jiménez del cantón de Golfito como un señor humilde, trabajador quien no le gustan los problemas y quien desde joven se ha dedicado a la pesca para sobrevivir y sustentar su familia.

Agradecería cualquier ayuda que se le pueda brindar al señor en mención. Sin más se despide atentamente:

Marta Espinoza Cerdas

TRANSLATION:

Palmar Norte, Osa

January 15, 2022

To Whom It May Concern:

I, Martha Espinoza Cerdas, with Personal Identification Number 601460057, am taking this opportunity to cordially greet you. I am of legal age, married, from Costa Rica, residence located at Palmar Norte, of Canton de Osa and Palmar District, and I am a homemaker.

I would like to confirm that Mr. Hector Pereira Jimenez, neighbor of Palma de Puerto Jiménez del Cantón de Golfito as a humble man, a hard worker who does not like problems and ever since he was a young man, he has dedicated his life to fishing to survive and support his family.

I would appreciate any help you could give to the man. With nothing further for the moment, I wish you a great day.

Sincerely,

Marta Espinoza Cerdas

trans:ssc

Palmar Norte, Osa,15 de enero del 2022

A QUIEN INTERESE

Reciban un cordial saludo, yo Yorlenny Cubillo Espinoza  con cedula de identidad número
603100747, mayor casada costarricense con residencia en Palmar Norte, del cantón de Osa
y distrito Palmar con oficio docente, doy fe que conozco al señor Héctor Pereira Jiménez
vecino de la Palma de Puerto Jiménez del cantón de Golfito, durante el tiempo de conocer al
señor Héctor nunca ha sido de mi conocimiento que tenga asuntos pendiente con la ley ni lo
conozco como una persona problemática, es un hombre humilde y muy trabajador
Agradecería cualquier ayuda que se le pueda brindar al señor en mención. Sin más se despide
atentamente:

_____
Yorlenny Cubillo Espinoza

TRANSLATION:

Palmar Norte, Osa

January 15, 2022

To Whom It May Concern:

I, Yorlenny Cubillo Espinoza, with Personal Identification Number 603100747, of legal age, married, Costa Rican Citizen, with residence located at Palmar Norte, del canton de Osa and Palmar District, with a Teaching Profession, am taking this opportunity to greet you with all due respect, and confirm that I know Mr. Hector Pereira Jiménez as a neighbor of Palma de Puerto Jiménez del Cantón Golfito.

During the time I have known Mr. Hector, it has never been brought to my attention that he doesn't have any pending business with the Police, nor have I heard of him being a problematic person.

He is a humble man and a very hard worker. I would truly appreciate any assistance you can provide to my neighbor, the man. With nothing further for the moment, please contact me if you have any questions regarding this matter.

Sincerely,

Yorlenny Cubillo Espinoza

trans:ssc

Mi nombre es Eddie Pereira Jiménez, hermano de Hector Manuel Pereira Jiménez ced. 60 296 0467. Extraño mucho a mi hermano y le pido a Dios que nos permita pronto tenerlo con nosotros y poder compartir como lo hacíamos antes, poder verlo y abrazarlo. Que nuestra familia sea feliz de nuevo.

TRANSLATION:

My name is Eddie Pereira Jimenez and I am the brother of Hector Manuel Pereira Jimenez with Personal Identification Number 602960467.

I miss my brother very much and I pray to the Lord that he will permit us to have him back home with us soon so we can continue to share time together like we used to do. I want to see and hug him, so our family can be together again soon.

trans:ssc

15 de enero del 2022

## A quien corresponda...

Señores/as, es un gran privilegio saludarles y bendecirles en este hermoso día, esperando que cada anhelo y proyecto de su vida sea alcanzado en este nuevo año 2022.

Quiero expresar un profundo agradecimiento antelado a esta petición que deseo expresar en esta carta.

Por este medio yo, Allen Espinoza Alpízar con la identificación 603080521, pastor de la Iglesia Evangélica Metodista de Belén Carrillo Guanacaste, expreso que el señor Héctor Pereira Jiménez con la identificación 602960467 vecino de Bella Luz de Laurel a quien lamentablemente fue detenido en el extranjero, ha sido un hombre que desde niño padeció necesidades, pero con su crecer fue desarrollando una responsabilidad como hombre, esposo y padre, aun de niños que no llevan su sangre se responsabilizo junto a Jeiny Mesen Espinoza compañera ya por varios años y que concibieron un hijo llamado Wesley Pereira Villegas, este señor ha sido trabajador de campo y también pescador artesanal.

Estos trabajos que don Héctor ha realizado son con los que estaba sacando adelante a los hijos de doña Jeiny y también a su hijo Wesley a pesar de todas las dificultades que ambos trabajos conllevan por sus bajos precios, don Héctor siempre mostro una visión para que sus hijos se prepararan y salieran adelante.

Hoy deseo y expreso mi recomendación para que se le pueda ayudar a don Héctor y así a toda esta familia que ha pesar de las circunstancias vividas no se dan por vencidos y ya desean que su esposo y padre este de nuevo con ellos en su humilde hogar.

Sin mas que decir me despido y les agradezco toda la ayuda brindada a esta familia.

Atentamente...

Cel: 6131995

TRANSLATION:

January 15, 2022

To Whom It May Concern:

Your Honors, it is my privilege to greet you and send Blessing to you on this beautiful day and I hope that all your wishes and projects in your life will be achieved in this new year of 2022.

I would like to express a profound appreciation in advance to this petition that I desire to express in this letter.

I, Allen Espinoza Alpizar, with Identification Number 609080521, Pastor of the Iglesia Evangélica Metodista de Belén Carrillo Guanacaste would like to take this opportunity to express that Mr. Hector Pereira Jimenez with Identification Number 603960467 my neighbor in Bella Luz de Laurel who unfortunately was detained abroad. He has been a man that since he was a child has suffered without his needs met.

But as he got older, he started developing responsibility like a man, a husband, and a parent even though the children do not carry his blood he took on the responsibility along with Jeiny Mesen Espinoza his partner, for several years now, and together they have had and are raising a son, Wesley Pereira Villegas. He has been a hardworking man in the Fields and as a seasonal fisherman.

These jobs that Mr. Hector realized, are with what he was supporting his children and his partner Ms. Jeiny and his son Wesley, even though with many difficulties that both jobs were not enough to meet the family's needs, he always kept a vision so his children could be well prepared and succeed in life.

Today I wish and express my recommendation so that help will be provided for this whole family. Despite the circumstances they have been living, they do not give up and they are wishing that her husband and father of the children will return soon to their humble domain.

With nothing further for the moment, I appreciate all the help this family can receive.

Sincerely,

Cel: 6131995


trans:ssc

Corredores, Puntarenas, Costa Rica                    14 enero 2022

A quien corresponda.

Yo Ana María Espinoza Cerdas.

Expreso que conozco al señor Héctor Pereira como una persona llena de valores y muy trabajador, un hombre dedicado a su trabajo y su familia, el cual no tienen problemas con nadie, ni se mete en problemas de ningún tipo.

Don Héctor es una persona el cual no presenta ningún tipo de peligro ni problema para la sociedad, si no mas bien es un individuo el cual se preocupa por el bienestar de las demás personas que le rodean, por lo cual se les pide tener misericordia y objetividad para con él, de modo que se haga justicia.

Sin más que agregar se despide:

Ana María Espinoza Cerdas, cedula 601610040

TRANSLATION:

Corredores, Puntarenas, Costa Rica

January 14, 2022

To Whom It May Concern:

I, Ana Maria Espinoza Cerdas, would like to express that I know Mr. Hector Pereira as a person who is full of values, a very hard worker, a man who is dedicated to his job and his family, who has never had problems with anyone and does not get involved in problems of any type.

Mr. Hector is a person who does not present any type of danger or problem to the community. Better yet, he is an individual who is always concerned with the wellbeing of the people who surround him.

For these reasons, we are asking for mercy and objectivity for him, so justice can be served.

With nothing further, please feel free to contact me if you have any concerns or questions regarding this matter.

Ana Maria Espinoza Cerdas,

Personal Identification Number: 601610040


trans:ssc

Corredores, Puntarenas, Costa Rica                    14 enero 2022

A quien corresponda.

El documento realizado tiene la finalidad de manifestar y afirmar que se conoce e identifica al señor Héctor Manuel Pereira Jiménez, el cual es vecino de Playa Blanca Puerto Jiménez de Golfito.

Mediante dicho documento se expresa que el señor Héctor Pereira Jiménez es conocido por sus familiares y amigos como una persona con valores y principios morales, es un hombre responsable, respetuoso, honesto, servicial, solidario, humilde y trabajador. Es categorizado como un buen hijo y esposo, también como padre ejemplar. El cual a lo largo de su vida se ha desempeñado como pescador artesanal para salir y sacar a delante a su familia.

Mi persona Julissa Campos puedo dar fe y testimonio de que el señor Héctor no presenta ningún peligro para la sociedad, ya que es una persona noble y llena de valores, como se menciona anteriormente, por lo cual, se pide a las personas juez y tribunal encargados del caso de Héctor Pereira, tener piedad y misericordia para con él, a la hora de distar sentencia, y en la medida de lo posible considerar devolver a Héctor a su país Costa Rica, donde lo esperan su madre, esposa, hijo, hermanas, toda su familia y amigos.

Sin mas que agregar se despide:

Julissa Campos Espinoza, cedula 604620375.

Firma:      

TRANSLATION:

Corredores, Puntarenas, Costa Rica

January 14, 2022

To Whom It May Concern:

The proposal of this Document finalizes, manifests, and affirms that I personally know and can identify Mr Hector Manuel Pereira Jimenez, who is a neighbor from Playa Blanca Puerto Jimenez de Golfito.

By means of this Document, I would like to express that Mr. Hector Pereira Jimenez is known by his relatives and his friends as a person with values and moral principles. He is a man who is responsible, respectful, honest, serviceable, solidary, humble and a hard worker. He is characterized as a good son and husband and an exemplary father. During his life, he has  worked as a seasonal fisherman to support and help his family with their needs.

I, Julissa Campos can give a testimonial and confirm that Mr. Hector, does not present any danger to the Community because he is a noble person who has endless moral values. Therefore, we, his family and friends are pleading with the Judges of the case of Mr. Hector Pereira, have mercy on him at the moment when you will be pronouncing his Sentence and please consider returning Mr. Hector to his Country of Costa Rica where his mother, wife, children, siblings, all his family and friends. With nothing further,

Julissa Campos Espinoza


trans:ssc

Yo Geiner Antonio Pereira Jimenez
cédula de Identidad 6 0392 0947

Hermano de Hector Manuel Pereira Jimenez
ced. 6 0296 0467

Un cordial saludo señor (a)

Como cualquiera de mi familia, conocido o amistad
de mi hermano Hector, nos unimos en esta petición
que es poder tener lo de vuelta con nosotros.

Poder visitarlo, verlo y ayudarlo nos daría mucha
alegría, ya que hace bastante tiempo no a
estado con nosotros.

Mi hermano es un hombre trabajador, valiente,
inteligente y esforzado capaz de cumplir lo que
se proponga. Mi madre sufre por su ausencia
y la comprendo no es facil estar en esta
circunstancia.

Como hermanos lo extrañamos mucho, tanto su
carisma, simpatia y compañia nos hace falta.
Quien lo llegue a conocer se daría cuenta lo
grandioso que es con la familia y amigos (as)

Pedimos a Dios que nuestras
peticiones sean escuchadas y mi hermano
vuelva pronto.
                                    Geiner P.J.

TRANSLATION:

I, Geiner Antonio Pereira Jimenez, with Personal Identification Number 603920947

Brother of Hector Manuel Pereira Jimenez, with Personal Identification Number602960467

A cordial greeting Sir or Mam,

If you ask anyone in my family as well as his friends or anyone who knows my brother Hector, we unite in this petition to ask to please have him come back to us soon.

We would love to visit him, see him, and help him. It would make us very happy because it has been quite a while since he has been with us.

My Brother is a hardworking man, brave, intelligent, committed and able to fulfill anything he set his mind to do. My Mother is suffering due to his absence, and I can understand her because it is not easy to be in this situation.

As a brother we miss him very much. His charisma, sympathy, his company and he is very missed. Whoever is fortunate enough to meet and get to know him will see what an important position he has in the family and with friends.

We pray to the Lord that our petitions will be heard and that our brother will return soon.

Geiner P.J.

trans:ssc

Hola Vuenas Me yamo Luis Anfel Madrigal
Porra cedula. 6 273. 490 La Poccente
es Para referirme sobre el Hector Manuel
Pereira jimene2 cedula 60296. 0467
el tienPo que tengo es desde
miniñes de comoserlo y el es
una buena Persona muy umilde y
sensiva y trabajador el nunca
sea metido en Prolema Mas Vien el
es muy umilde un buen Amigo
asido Para Mi y su familia esta
muy Precudados Por el de siando
que buelva acasa lo estrañamos
Mucho mi gran amigo Hectar

A # Luis Anfel Madrigal Porras

El Líder

TRANSLATION:

Hello and Good Afternoon:

My name is Luis Angel Madrigal Parra. My Personal Identification Number is 6273490.

I am taking this opportunity to refer to my friend Hector Manuel Pereira Jimenez, with Personal Identification Number 602960967. I have known him since I was a child and he is a good person, very humble, sincere, and a hard worker.

He has never been involved in any type of problems. Better said, he is very humble, he has been a very good friend to me. His family is suffering his absence and they are very worried about him and wishing that he will return home because my great friend Hector is very missed.

Sincerely,

Luis Angel Madrigal Parra

trans:ssc

Yo Fernando García Martínez
ced. 6 0208 0936

Vecino de La Palma de Puerto Jiménez de Golfito.

Por este medio me uno al sentimiento de la familia Pereira Jiménez, a solicitar su colaboración y comprención ante esta situación que está pasando mi amigo Hector Manuel Pereira Jimez cedula de identidad 6 0296 0467.

Ya que su ausencia nos a afectado grandemente, el a sido una buena persona, exelente amigo y un buen hijo, luchador y persistente un muchacho soñador cariñoso y amable con su familia e amigos.

Rogamos por su regreso con sus seres queridos. Gracias por su atención y comprensión.


Fernando García M

TRANSLATION:

I, Fernando Garcia Martinez, with Personal Identification Number 602080936

Neighbor of La Palma de Puerto Jimenez de Golfito

Would like to join the sentiments of the Pereira Jimenez family in asking for your corroboration and understanding before this situation that my friend, Hector Manuel Pereira Jiménez, Personal Identification Number 602960467 is going through.

His absence has affected all of us greatly. He has been a great person, an excellent friend, and a great son. He has always been very persistent and tenacious, he is a dreamer, loving, and a kind young man to his family and friends.

We are praying for a quick return to his loved ones. Thank you for your attention and understanding.

Fernando Garcia Martinez


trans:ssc

Estimados sr(a): Soy Yesenia Pereira Jimenez, cédula 603100752 Costarricense, hermana del señor Hector Pereira Jimenez, doy fe que mi hermano es un buen hombre, hijo, padre, esposo, hermano, humilde, trabajador, honrado con buenos principios, buenos sentimientos, el cual extrañamos mucho.

Esto ha sido muy difícil para nosotros, para mi madre, ella que pasa enferma, deseando poder abrazarlo, igual que todos sus hermanos, sobrinos que lo amamos, lo necesitamos con nosotros, los amigos que siempre están pendientes preguntando por él, las fechas festivas no se sienten igual desde que él no está acá con nosotros, se siente diferente, la familia no tiene la misma alegría.

Es una muy difícil situación el saber que está lejos en otro país, privado de libertad, les pido les ruego de corazón nos puedan ayudar para que el sea repatriado a nuestro país, si él tiene que pagar alguna condena que lo haga en su patria, aún que lo que más quisiera es su libertad.

El poder abrazarlo, verlo, saber que está bien de salud, nos devolvería la tranquilidad. Casi 2 años sin ver su sonrisa, verlo jugar con mis hijos, haciendo bromas e ir a pescar juntos, son tantos momentos, actividades sin realizar sin poder compartir, nos falta una parte, esa parta muy importante para nosotros en nuestras vidas, es un vacío inmenso que sólo con su regreso, el regreso de mi hermano a su casa, a nuestra casa a nuestro país, así volverá a brillar esa luz en nuestro ojos.

Le doy gracias a Dios que mi hermano está vivo y sabemos donde está, por eso no pierdo la fe de tenerlo pronto en casa en las manos de Dios y en la de ustedes, que nos puedan ayudar.

TRANSLATION:

Dear Sir:

I am Yesenia Pereira Jimenez, Personal Identification Number 603100752, Costarican, sister of Mr. Hector Periera Jimenez, and I would like to confirm that my brother is a good man, son, father, husband, brother, humble, a hard worker, honest with good principles, good sentiments, whom we miss very much.

This has been very difficult for us, for my mother, she is very ill, wishing to hug him as well as all of us siblings, and nieces and nephews who love him, we need him back home with us, his friends who are always asking about him, holidays are never the same since he has not been with us, everything feels different, and our family does not have the same happiness.

It is a very difficult situation knowing that he is far away in another country, deprived of his freedom, I ask you and I beg you from the bottom of my heart can you please help us get repatriated back to our country because if he must pay for any crime allow him to do it in his country, although what we would most want is his freedom.

Being able to hug him, seeing him, knowing that his health is good would bring back our tranquility. It's been almost two years since we have seen him smile, see him play with my children, make jokes, go fishing again together, there are so many moments and activities that we have still not realized in our lives. We are missing one very important part, and this part is very important to us in our lives, it is an empty place that only with his return, the return of my brother to his home, to our home, to his country, that is when the light will shine in our eyes again.

I thank the Lord that my brother is alive and that we know where he is and that is why I have not lost faith that we could have him home and in the hands of the Lord, and in your hands who may be able to help us.
trans:ssc

Yo Rosa Ramires Martinez
cedula de identidad : 6 03 21 09 58

Vecina de Playa Blanca de Puerto Jiménez
de Golfito. Por este medio hago saber que
conozco a Hector Manuel Pereira Jiménez
ced. 6 0296 0467.

Más que un conocido un buen amigo, exelente
persona es un muchacho humilde, trabajador,
honrado y esforzado.

Hace ya bastante tiempo de no verlo ni saber
bien como se encuentra, lo extrañamos mucho
tanto sus amigos como su familia, rogamos su
regreso, el ver sus seres queridos sufrir
por no poder verlo es dificil.

Se les agradeceria su colaboración en
esta circunstancia.

Rosa Ramirez Martinez.

TRANSLATION:

I, Rosa Ramirez Martinez with Personal Identification Number: 603210958

Neighbor of Playa Blanca Puerto Jimenez de Golfito would like to take this opportunity to tell you that I personally know Mr. Hector Manuel Pereira Jimenez with Personal Identification Number 602960467.

He is more than an acquaintance, he is a good friend, excellent person, he is a humble young man, a hard worker, honest and tenacious.

It has been quite a long time since we have seen him or found out how he is doing. We miss him very much, us his friends as well as his family and we are begging you for his return. Watching his loved ones suffer because they can't see him is very difficult.

We would appreciate your corroboration in this matter.

Rosa Ramirez Martinez


trans:ssc

Estimado/a:

Sr. ó Sra.

Por medio de la presente le saludo muy cordialmente y paso a dar el siguiente comunicado:

Mi nombre es Yeimi Morera Rodríguez, cédula: 6-0430-0619. El siguiente comunicado es para referirme a la siguiente Persona; Héctor Manuel Pereira Jiménez, cédula: 6-0296-0467.

El, Conocido por su gran valentía, por su arduo esfuerzo y trabajo Honrrado, como lo ha sido y desempeñó en el Campo dónde creció y Humildemente siempre trabajó y con su Sudor de la frente, en su bicicleta, bajo el sol, ó en el mar Pescando y así mismo disfrutando de lo que más el amaba. Mientras era feliz así también se ganaba el sustento Honrradamente, con la pesca artesanal. Fue siempre valiente, Honrrado Humilde, Trabajador y con una actitud positiva.

Pedimos y rogamos por qué seamos escuchados y la empatía de cada uno de ustedes nos ayude a poder tener el privilegio De tenerle cerca y poder verle nuevamente.. Que tenga presente Que su familia y Amistades le queremos, le extrañamos y Esperamos aquí en Costa Rica, Nuestra península de OSA dónde Volveremos a pescar... Le Agradecemos su Atención y Colaboración.

Un saludo y Abrazo con Agradecimiento y Cariño... Gracias.

Att: Yeimi Morera Rodríguez.
Cédula: 6-0430-0619

TRANSLATION:

Dear Sirs:

I am taking this opportunity to cordially greet you and communication the following to you:

My name is Yeimi Moreno Rodriguez, Personal Identification Number 604300679. I would like to take this opportunity to speak to you about Hector Manuel Pereira Jimenez, Personal Identification Number 602960467.

He is characterized for his humility, bravery, his arduous effort, honorable, and his hard work and that is how he has been his whole life and all the time we worked in the Field where he grew up. He always worked with the sweat of his brow.

He used to ride his bicycle to the ocean in the hot and bright sun to fish during the season there he enjoyed what he most loves to do. While he was happy, that is also how he supported his family. He has always been humble and has had a positive attitude,

We are praying that we are being heard, so we will have the privilege of once again being with our friend. We love and miss him very much and we are waiting for him here in Costa Rica, peninsula of OSA where we will once again fish together. Thank you for your attention and collaboration.

A greeting and a big hug with appreciation and affection….Thank you

Sincerely,

Yeimi Moreno Rodriguez


trans: ssc

Saludos; Mi nombre es Wilfred Leon—
Madrigal cedula 603120709 por este
medio hago constar que conozco
a Hector Manuel Pereira Jimenez
cedula 602960467 desde que eramos
niños de escuela y el siempre ha
sido un hombre honrado, trabajador alguien
que se ha preocupado siempre por
su familia y amistades su humildad
lo ha llevado a tener muchos amigos
que lo apreciamos y sobre todo lo extra
ñamos mucho ya que tenemos mucho de
no verlo. Por esta razon les rogamos
la autorizacion para que el pueda
regresar a nuestro pais Costa Rica
ya que su familia y amistades sufr
s al tenerlo tan lejos de casa.
De antemano agradezco toda la
colaboracion que nos puedan brindar.
    Atentamente
Wilfred Leon M

TRANSLATION:

Greetings, my name is Wilfred Leon Madrigal with Personal Identification Number 603120709. I would like to take this opportunity to confirm that I known Mr. Hector Manuel Pereira Jimenez since we were children in school. He has always been an honorable man, works very hard, who has always worried about the wellbeing of his family and friends. His humility has earned him many friends who truly appreciate him and above all we miss him very much because we haven't seen him in a long time.

For this reason, we are pleading with the authorities to please return him to our country because his family and friends are suffering at having him so far away from our home.

In advance, I appreciate all your collaboration that you can give us.

Sincerely,

Wilfredo Leon Madrigal


trans:ssc

Bendiciones.

Soy Emerita Jimenez Campos, tra materna del Joven Hector Manuel Pereira Jimenez ced: 6 0296 0467

Me siento agradecida con Dios por permitir que mi querido sobrino este con vida, pero ala vez es angustiante saber que esta tan lejos de la familia, Ver una madre que sufre que desde entonces no tiene vida y unos amigos que lo extrañan, que solo vivimos con los buenos recuerdos de un joven alegre, trabajador, respetuoso, humilde. Un joven que con su humildad y trabajos honrados supo salir adelante.

Yo rezo todas las noches para que Dios nos permita tener a mi sobrino con nosotros pronto, para ver la sonriza de mi sobrino y la felicidad de mi hermana reflejada en su rostro.

Ustedes no lo conocen, pero para los que estamos aca su familia y amigos que lo hemos visto crecer y para los que han convivido con el saben y les consta que el es un joven honrado, que toda una vida a sabido ganarse su dinero con el sudor de su frente pero de una forma honesta.

Por eso estamos hoy aca unidos como familia pidiendo de regreso a Hector Pereira Jimenez a nuestro Costa Rica, a nuestro pueblo, a nuestro hogar, aca donde habemos muchos que lo extrañan y desean poder volverlo haber y abrazar.

¡Por favor y Gracias!

Mery Jimenez C

TRANSLATION:

Blessings, I am, Emerita Jimenez Campos, and I am the aunt of the young man Hector Manuel Pereira Jimenez with Personal Identification Number 602960467.

I am grateful to the Lord that my nephew is still alive but at the same time it is anguishing knowing that he is so far away from the family, seeing a mother that is in so much pain because since then, she has not had a life. All we have left are the good memories of a happy young man, hard worker, respectful, humble, and through his humility and his hard work he was succeeding for him and his family.

I pray every single night so that the Lord will permit us to have my nephew home with us soon to see his smile and the happiness of seeing his reflection reflected in my sisters' eyes.

You do not know him, but for those of us who do know him and are over here, his family, his friends who have watched him grow up, we know that he is honorable. His whole life he has known how to earn his money with the sweat of his brow, doing it honorably.

That is why we are over here united as a family begging you for Hector Manuel Pereira Jimenez to return to our Costa Rica, to our town, to our home, over here where there are a lot of us who miss him and desire to see him and hug him again. Please and thank you.

Mery Jimenez


trans:ssc

Soy Cristhofer josue Valencia pereira
Tengo 12 años

soy sobrino de Hector manuel peara -
Jimencz. ced 60296 0 u67.

Quiero pedirles que por favor ayuden a
mi tio a que regrese a casa por que
me hace mucha falta para poder abrazarl
por que el para mi es como un padre el
siempre me á querido mucho y yo a el.

Quiero que el buelba para que este toda
la familia completa porque a todas nos
hace mucha falta lo extrañamos mucho de
masiado y queremos que por favor regrese.

Cristhofe valencia Pereira

TRANSLATION:

I am Cristhofer Josue Pereira, and I am 12 years old.

I am the nephew of Hector Manuel Pereira Jimenez Personal Identification Number 602960467.

I would like to ask you to please help my uncle to he can return home soon because I miss him very much and I want to hug him because to me he is like a father. He has always loved me, and I have always loved him.

I want him to return so the family can all be complete because all of us love him and miss him very much and we want to please return.

Cristhofer Valencia Pereira


trans:ssc

A quien Corresponda:

YO Marvin Herrera Jiménez, hago constar que conosco al señor Hector Manuel Pereira Jiménez Ced: 6 0296 0467 desde hace más de 10 años, somos amigos y compañeros de pesca que es la actividad que a él le gusta y una de sus formas de ganarse su dinero honradamente, además de ser agricultor y guarañero.

Yo a él lo conosco como una excelente persona, trabajadora, honesta, humilde, servicial, carismatico y cariñoso con su familia y sobretodo sin vicios.

Nunca e visto que ande en malas pasos.

Hace dos años y resto que perdí a un gran amigo y compañero de pesca. No saben la falta que hace.

Por favor yo les pido amablemente y con la mano en el corazón les pido le ayuden para que vuelva a casa, para que regrese a nuestro Costa Rica, sea con su libertad total o al menos donde podamos ir a verlo y ayudarle de una mejor forma y sienta que no esta solo.

¡Ayudenos a poder tenerlo con nosotros este y muchos años mas!

MEJ

TRANSLATION:

To Whom It May Concern:

I, Marvin Herrera Jimenez, would like to verify that I have known Mr. Hector Manuel Pereira Jimenez with Personal Identification Number 602960467 for the past ten years. We are friends and fishing partners, and fishing is what he most loves and one of the main ways he supports his family honorably. He is also in agriculture.

I know him as an excellent person, hard worker, honest, humble, serviceable, charismatic, and loving with his family and above all his children. I have never seen him involved in any problems. It's been two and some years since I lost a great friend and fishing partner. You have no idea how much I miss him.

I am kindly asking from the bottom of my heart to please help him get back to his home so he can get back to our beloved Costa Rica. Be it with his total freedom or at least where we can go see him and plan how we can help so he won't be feeling alone.

Please help us so we can have him with us again for many more years.

trans:ssc

Buenos, Bendiciones:

Soy María Campos Miranda, abuela materna de Hector Manuel Pereira Jiménez, Ced: 602960467.

Yo me creo bendecida y afortunada, no solo yo toda la familia y amigos cercanos a mi nieto, porque bendito Dios y solo a él se le debe la honra y la gloria que a mi amado nieto este hoy con vida. Hoy dicto estas palabras y digo dicto porque soy una señora mayor y desafortunadamente no se leer ni escribir. Pero quiero aportar y hacerle saber a mi nieto que su abuela lo ama y lo extraña cada día más.

Mi niño es un ser amado, es una persona responsable, amable, respetuosa y trabajadora, no lo digo por ser su abuela si no porque es la verdad, es un muchacho sano, sin vicios, siempre en buenos pasos, nunca por el mal camino.

Hoy solo me quedan los recuerdos de él, de su sonriza y su brillo en sus ojos, de pasar de verlo todos los días, ahora que tengo más de dos años sin verlo, sin abrasarlo, solo queda la tristeza en mi corazón. Mi anelo es poder volver haber a mi nieto y a mi hija feliz, verla recuperar su brillo.

Por favor Señor(a) Somos una familia angustiada y una madre que no tiene vida desde que su niño se fue. Con lagrimas en mis ojos pido se ponga la mano en el corazón y nos deveulva a mi nieto. Permitame poder volver a verlo, poder abrazarlo.

MCM.

TRANSLATION:

Good afternoon and Blessings:

I am Maria Campos Miranda, maternal grandmother of Hector Manuel Pereira Jimenez Personal Identification 602960467.

I feel blessed and fortunate, not only myself but the whole family and close friends of my grandsons, because Blessed be the Lord, he is the only one who deserves the Honor and Glory that my beloved grandson is still alive. Today I am dictating these words and I say dictating because I am an older lady and unfortunately, I do not know how to read or write. But I want to contribute and have my grandson know that his grandmother loves him and misses him more every day.

My boy is a loved human being, he is responsible, kind, respectful. And a hardworking person. I'm not just saying this because I am his grandmother but because he it is true. He is a wholesome, with no vices young man who is always on the right path not on the wrong path.

Now I only have memories of him, of his smiles, the brightness in his eyes, and going by to see him every day. Now that it has been over two years since the last time I saw him, without hugging him, I only have the sadness in my heart. My dream is to see my grandson again and see my daughter happy and see her recover her shine.

Please, we are an anguished family, a mother who does not have a life since her child left. With tears in my eyes, I am begging you to put your hand on your heart and please return my grandson to us. Please allow me to see him and hug him again.

MCM


trans:ssc

De: Marlon Andres Pereira Jimenez
ced. 6 0410 0148    Nacionalida Costarricense

Hermano de Hector Manuel Pereira Jimenez
ced. 6 0296 0467

Comparto mi Sentir de tristeza, angustia y dolor
de no saber como esta mi querido hermano, el
no poder verlo, abrazarlo o escucharlo con
Frecuencia.

No hay dia en que no piense en el y en el
momento que Dios permita tenerlo mas cerca,
poder verlo, visitarlo y ayudarlo.

Mi madre y Yo como todos sus seres queridos
y amigos extrañamos mucho su presencia el
siempre a sido esforzado, valiente y
trabajador. Con un gran carisma

Esperamos verlo pronto de Parte de toda mi
Familia y yo les pedimos porfavor escucharnos
les enviamos bendiciones.

Firma            Marlon Andres Pereira Jimenez.

                 Marlon APJ

TRANSLATION:

From: Marlon Andres Pereira Jimenez with Personal Identification Number 604100148.

Brother of Hector Manuel Pereira Jimenez with Personal Identification Number 602960467

I am sharing my sadness, anguish, of the pain I am going through not knowing how my beloved brother is, not being able to hug, or listen to him.

A day does not go by that I don't think about him and when the Lord will allow us to have him close to see him, visit him, and help him.

My mother and I as well as all his loved ones and friends, miss him so much. His presence has always been of a brave, strong, and hardworking person. He is very charismatic.

Our whole family hopes to see him again soon. Our whole family is asking you to please hear us and return him to us. Receive Blessings from all of us.

Marlon Andres Pereira Jimenez


trans:ssc

Buenas:

Mi nombre en Dania Espinoza Jiménez. Soy prima de Hector Manuel Pereira Jiménez Ced: 602960467. Quiero aportar mi pensar sobre él, para mi Hector es una persona realmente admirable es un hombre que a sabido como salir adelante con su familia honesta y valerosa de una forma humilde. Siempre creyendo que hay un Dios que lo a sabido guiar por el buen camino y lo a ayudado a salir adelante y nunca caer ni en los peores momentos.

Para mí él es una persona honesta, humilde, respetuosa, cariñosa, servicial y sobre todo trabajadora.

Una de sus actividades y trabajos que más disfrutaba es la pesca así ganaba su dinerito para el pan de cada día.

A mí me hace mucha falta él y la verdad no merece lo que esta pasando.

Lo que más me duele era lo entusiasmado que estaba por resivir al fin su casita y así poder vivir tranquilo cerca de los que lo quieren y es el día que no sabe como quedo, solo espero que este año pueda realizar su sueño de vivir en ella.

Y ese sueño solo puede ser cumplido con la ayuda de usted (es) dejandolo poder regresar a su hogar.

¡Por Favor ayudenos a reunir este año a la familia Pereira Jiménez, a tener un 2022 lleno de felicidad y gratitud!

Dania Espinoza J.

TRANSLATION:

Good afternoon:

My name is Dania Espinoza Jimenez, I am a cousin of Hector Manuel Pereira Jimenez with Personal Identification Number 602960467.

I would like to contribute my thoughts about him. To me, Hector is a real person, admirable, who has learned how to succeed in getting his family ahead working honestly, bravely, and humbly. He has always believed that there is a Lord who has guided him down the right path and who has helped him not to fall even in the darkest moments.

To me he is an honest person, humble, respectful, loving, serviceable, and above all a hard-working person. One of his activities and jobs that he loved the most is fishing where he earned a little money for their daily bread. I miss him very much and the truth is he doesn't deserve what is happening to him.

What hurts me the most is that he was so enthused because he had just received his little house so he could live calmly close to the people he loves and love him. I just hope that his year he can realize his dream to live in his own home. That dream can only come true with your help in allowing him to return to his home. Please help us reunite with him this year so that we may have a great 2022 full of happiness and gratitude.

Dania Espinoza

trans:ssc

Bendiciones:

Mi nombre es Heidy Pereira Jiménez, hermana de Hector Manuel Pereira Jiménez ced 60 296 0467.

Somos una familia unida que siempre nos apoyamos y desde que mi hermano no esta con nosotros nuestras vidas ya no es lo mismo, pero sobre todo nuestra madre pasa myy triste y deprimida porque extraña mucho su hijo y vive preocupada por el y teme no volverlo a ver y abrazar.

Mi hermano es un hombre de bien, umilde, trabajador, buen padre responsable. Que tiene familia y amigos que lo quieren y aprecian mucho y lo extrañamos, que anhelamos verlo y abrazarlo de nuevo. Aqui hay una familia que llora su ausencia y que sueña con el dia en que lo podemos ver y abrazar de nuevo, este tiempo que emos pasado sin el a sido una gran tristeza y angustia, los dias festivos en nuestra familia solo hay tristeza y dolor.

Solo pedimos de todo corazón que nos lo debuelvan para ser de nuevo una familia Feliz.

Por favor se lo suplicamos.

Atte: Heidy Pereira J.

TRANSLATION:

Blessings:

My name is Heidy Pereira Jimenez, sister of Hector Manuel Pereira Jimenez Personal Identification Number 6025960467. We are a very close family that always support each other and since my brother is not with us, our life is not the same. But above everyone else, our mother is always very sad, depressed because she misses her son so much and is living her life worried about him and is so worried about not seeing or hugging him again.

My brother is a good man, humble, a hard worker, a good father, and responsible. He has a family and friends who love him and appreciate him a lot and we miss him very much and our desire is to once again see and hug him again.

We are a family who still cries about his absence and pray for the day that he will return so we can all be together once again. This time that we have been without him, has been an incredibly sad time for our family. Holidays in our family are now just sad and painful.

We are asking from the bottom of our hearts to please return him to us so we can once again be a happy family. Please, we beg you.

Sincerely,

Heidy Pereira Jimenez


trans:ssc